August 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JAWED MANJLAI, Appellant

NO. 14-13-00463-CV            V.

NABILA HAMID MANJLAI, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Nabila Hamid Manjlai, signed, May 21, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Jawed Manjlai, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.